WAYNE A. SHAFFER (SBN 1519)
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, NV  89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865

RAYMOND D. JAMIESON, Bar No. 1027076
QUARLES & BRADY LLP
411 East Wisconsin Avenue Suite 2350
Milwaukee, WI  53202-4426
Telephone: (414) 277-5000
Facsimile: (414) 271-3552

Attorneys for Defendant
The RAYMOND CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STAN KARAS,<br><br>          Plaintiff,<br><br>v.<br><br>THE RAYMOND CORPORATION, DOES 1 through 50; and ROE CORPORATIONS 51 through 100,<br><br>          Defendants. | Case No.  2:13-cv-01696-MMD-PAL<br><br>**JOINT MOTION EXTENDING DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>(First Request) |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and L. R. 6-1 and 26-4, the parties, by and through their respective counsel, jointly move for a short -- fourteen (14) day -- extension of the deadline to file dispositive motions set forth in the Court's November 5, 2013 Order (Doc. # 15), moving that deadline from August 20, 2014 to September 3, 2014.

Good cause exists for this extension, as the parties have diligently pursued discovery, including completing several depositions and exchanging multiple sets of interrogatories and requests for production, but are in the process of settlement negotiations and would like to complete their efforts to settle the matter before undertaking efforts to put together any

QB\29116832.1

dispositive motions. Further, the attorneys for the parties have obligations and scheduling conflicts, including depositions out of state, that will make compliance with the August 20, 2013 deadline extremely difficult.

Accordingly, the parties jointly request that the Court extend the **August 20, 2014** deadline to file dispositive motions to **September 3, 2014**.

DATED this 11th day of August, 2014.          DATED this 11th day of August, 2014.

HENNESS & HAIGHT                               LAXALT & NOMURA, LTD.


By /s/ Derek K. Muaina                         By /s/ Wayne A. Shaffer
   MARK G. HENNESS (SBN 5842)                     WAYNE A. SHAFFER (SBN 1519)
   DEREK K. MUAINA (SBN 12456)                    9600 Gateway Dr.
   8972 Spanish Ridge Avenue                      Reno, Nevada 89521
   Las Vegas, Nevada 89148

                                                                and
   *Attorneys for Plaintiff*
                                                  Raymond D. Jamieson
                                                  Quarles & Brady LLP
                                                  411 East Wisconsin Avenue, Suite 2350
                                                  Milwaukee, Wisconsin  53202-4426

                                                  *Attorneys for Defendant*


ORDER   I

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  August 11, 2014